AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT   1-10-05

District of _____ Vermont _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

LAURA BERARD

Case Number:    2:99-CR-55-07
USM Number:     04458-082

Edward M. Kenney, Esq.
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  1 of the Petition

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Used controlled substances. | 12/23/04; 12/24/04 and 1/3/05 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 7, 2005
Date of Imposition of Judgment

/s/ William K. Sessions III
Signature of Judge

Defendant's Residence Address:

Unknown

William K. Sessions III, Chief Judge
Name and Title of Judge

January 10, 2005
Date

Defendant's Mailing Address:

**JUDGMENT ENTERED ON DOCKET**
DATE: 1-10-05

DEFENDANT:       LAURA BERARD
CASE NUMBER:     2:99-CR-55-07

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

> 12 months and 1 day with no further supervised release.

X  The court makes the following recommendations to the Bureau of Prisons:
that the defendant be allowed to participate in drug and alcohol treatment preferably the 50 or 500 hour program and that she be placed at FCI Danbury, CT.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL