AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Vermont

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |

DAVID LOYER

Case No.    2:99-CR-55-01
USM No.    04449-082

Natasha Sen, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1 and 2 of the Petition.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Used marijuana and Buprenorphine. | 04/07/2010 |
| 2 | Tampered with urine collection procedure. | 08/30/2010 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0411

Defendant's Year of Birth:   1960

City and State of Defendant's Residence:
Burlington, VT

September 2, 2010
Date of Imposition of Judgment

/s/ William K. Sessions III
Signature of Judge

Hon. William K. Sessions III, Chief Judge
Name and Title of Judge

September 23, 2010
Date

JUDGMENT ENTERED ON DOCKET

DATE: September 23, 2010

A check of our files fails to show any outstanding warrants/charges
Date 11-05-10
Elizabeth Municipal Court
One Police Plaza, Elizabeth, NJ 07201
Ref. _____

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      DAVID LOYER
CASE NUMBER:    2:99-CR-55-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

6 months with no further term of supervised release.

X  The court makes the following recommendations to the Bureau of Prisons:
   placement at FCI Raybrook, NY.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _10/26/10_ to _FCI Ray Brook, NY_

at _____ with a certified copy of this judgment.

_Deborah G. Schult, Warden_
UNITED STATES MARSHAL

By _Kathleen Waller, CSO_
DEPUTY UNITED STATES MARSHAL